UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | **:** | **CHAPTER 13** |
| **GABRIELA JAKELINE VELAZCO** | **:** | |
| | **:** | |
| | **:** | |
| **Debtor(s)** | **:** | **No. 19-10688 amc** |

<u>DEBTOR'S OBJECTION TO THE CERTIFICATION OF DEFAULT FILED BY
NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER</u>

COMES NOW, Gabriela Jakeline Velazco, Debtor and Respondent, by and through attorney of record, Michele Perez Capilato, Esquire, and submits the following Objection to the Certification of Default filed by Nationstar Mortgage, LLC, d/b/a Mr. Cooper:

1. The debtor believes she is completely current with all post-petition payments since entering into the Stipulation dated September 11, 2023.

2. Debtor further alleges she made the January 2024 payment by phone approximately two weeks ago and that customer service confirmed the account is current.

3. The Debtor is gathering her receipts and she will forward same to Counsel forthwith.

Wherefore Debtor respectfully requests this honorable Court refrain from signing the Order Modifying the Automatic Stay and set a hearing date giving Debtor an opportunity to provide proof of compliance with the Stipulation, and that Debtor have

judgment for reasonable costs and attorney fees incurred in connection with the defense of this matter.

January 25, 2024                                              Respectfully submitted,

                                                              Law Offices of Michele Perez Capilato

                                                              By:  /s/ Michele Perez Capilato
                                                              Michele Perez Capilato, Esquire
                                                              Identification No. 90438
                                                              500 Office Center Drive, Suite 400
                                                              Fort Washington, PA 19034
                                                              (267) 513-1777
                                                              Fax 1(866) 535-8160
                                                              michelecapilatolaw@gmail.com
                                                              Attorney for Debtor(s)