*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gabriela Jakeline Velazco
    Debtor(s)　　　　　　　　　　　Case No: 19−10688−amc
　　　　　　　　　　　　　　　　　　　　Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper

    on: 2/14/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/26/24

Timothy B. McGrath
Clerk of Court