# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-10688** |
| **Gabriela Jakeline Velazco** | **Chapter 13** |
| | **Judge Ashely M. Chan** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * |
| | |
| **Nationstar Mortgage LLC** | **Related Document # 67** |
| **Movant,** | |
| vs | |
| **Gabriela Jakeline Velazco** | |
| **Scott F. Waterman, Trustee** | |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF CERTIFICATE OF DEFAULT
## (DOCKET NO. 67)

Now comes Nationstar Mortgage LLC ("Creditor") by and through counsel, and hereby withdraws its Certificate of Default which was filed in this Court on January 25, 2024. The Certificate of Default needs to be withdrawn because Debtor has submitted sufficient funds to Creditor.

        Respectfully submitted,

        /s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-015385_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-10688** |
| **Gabriela Jakeline Velazco** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Nationstar Mortgage LLC** | : **Related Document # 67** |
| **Movant,** | : |
| vs | : |
| | : |
| **Gabriela Jakeline Velazco** | : |
| **Scott F. Waterman, Trustee** | : |
| **Respondents.** | : |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Certificate of Default (Docket No. 67) was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michele Perez Capilato, Attorney for Gabriela Jakeline Velazco, perezcapilatolaw@yahoo.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Gabriela Jakeline Velazco, 6251 Erdrick Street, Philadelphia, PA  19135

/s/Alyk L. Oflazian

23-015385_SCS2