| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
Chapter 13 Case No. 19-10688-AMC

| | |
|---|---|
| GABRIELA JAKELINE VELAZCO | Petition Filed Date: 02/04/2019 |
| 6251 ERDRICK STREET | 341 Hearing Date: 04/12/2019 |
| PHILADELPHIA  PA    19135 | Confirmation Date: 08/07/2019 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $273.00 | | 09/09/2024 | $273.00 | | 10/07/2024 | $273.00 | |
| 11/06/2024 | $273.00 | | 12/09/2024 | $273.00 | | 01/07/2025 | $273.00 | |
| 02/06/2025 | $273.00 | | 03/07/2025 | $273.00 | | 04/07/2025 | $273.00 | |
| 05/07/2025 | $273.00 | | 06/06/2025 | $273.00 | | 07/08/2025 | $273.00 | |

**Total Receipts for the Period:  $3,276.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,049.77**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LLC<br>»»  001 | Mortgage Arrears | $16,878.84 | $15,407.33 | $1,471.51 |
| 2 | MICHELE PEREZ CAPILATO ESQ<br>»»  002 | Attorney Fees | $2,900.00 | $2,900.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,049.77 | Current Monthly Payment: | $273.27 |
| Paid to Claims: | $18,307.33 | Arrearages: | $288.39 |
| Paid to Trustee: | $1,742.44 | Total Plan Base: | $21,977.78 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.