**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **GABRIELA JAKELINE VELAZCO** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **19-10688-AMC** |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   NATIONSTAR MORTGAGE LLC DBA MR COOPER

**Court claim no.**  (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account:   0  7  4  4

**Property Address:**   6250 ERDRICK STREET
Number        Street

PHILADELPHIA                                                        PA      19135
City                                                                       State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 16,878.84 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 16,878.84 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 16,878.84 |

**Part 4:**    **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:**    **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____ -0-

**Part 6:**    **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

**✗** /s/ Scott F. Waterman _____     Date   02/25/2026 _____
Signature

Trustee          Scott F. Waterman _____
First Name          Middle Name          Last Name

Address          2901 St. Lawrence Avenue, Suite 100 _____
Number          Street

Reading _____     PA     19606 _____
City          State     ZIP Code

Contact phone   (610) 779-1313 _____          Email  info@ReadingCh13.com _____

| Debtor 1 | **GABRIELA JAKELINE VELAZCO** | Case Number **19-10688-AMC** | Page 1 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/20/2019 | 17194655 | Disbursement To Creditor/Principal | 90.01 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/24/2020 | 17196373 | Disbursement To Creditor/Principal | 334.42 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/21/2020 | 17197313 | Disbursement To Creditor/Principal | 334.42 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/20/2020 | 17199023 | Disbursement To Creditor/Principal | 334.42 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/17/2020 | 17200633 | Disbursement To Creditor/Principal | 329.66 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/22/2021 | 17212777 | Disbursement To Creditor/Principal | 253.89 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/23/2021 | 17214090 | Disbursement To Creditor/Principal | 253.89 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/19/2021 | 17215317 | Disbursement To Creditor/Principal | 253.89 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/23/2021 | 17216461 | Disbursement To Creditor/Principal | 253.89 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/25/2021 | 17217597 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/25/2021 | 17218662 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/23/2021 | 17219718 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/20/2021 | 17220758 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 09/24/2021 | 17221790 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/22/2021 | 17222782 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/19/2021 | 17223710 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/17/2021 | 17224655 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/21/2022 | 17225633 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/18/2022 | 17226608 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/18/2022 | 17227565 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/22/2022 | 17228584 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/17/2022 | 17229509 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/27/2022 | 17230427 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/22/2022 | 17231408 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/19/2022 | 17232352 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 09/23/2022 | 17233324 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/21/2022 | 17234293 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/18/2022 | 17235235 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/16/2022 | 17236166 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/20/2023 | 17237106 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/17/2023 | 17238023 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/17/2023 | 17238890 | Disbursement To Creditor/Principal | 251.16 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/21/2023 | 17239810 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/19/2023 | 17240716 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/16/2023 | 17241547 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/21/2023 | 17242389 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/18/2023 | 17243246 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 09/22/2023 | 17244076 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/20/2023 | 17244890 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/17/2023 | 17245692 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/15/2023 | 17246479 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/22/2024 | 17247294 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/16/2024 | 17248125 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/15/2024 | 17248931 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/19/2024 | 17249772 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/24/2024 | 17250620 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/21/2024 | 17251427 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/19/2024 | 17252204 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/16/2024 | 17252961 | Disbursement To Creditor/Principal | 245.70 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 09/20/2024 | 17253745 | Disbursement To Creditor/Principal | 245.70 |

| Debtor 1 | **GABRIELA JAKELINE VELAZCO** | Case Number **19-10688-AMC** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/15/2024 | 17254512 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/15/2024 | 17255242 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/20/2024 | 17256032 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/17/2025 | 17256774 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/21/2025 | 17257546 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 03/21/2025 | 17258385 | Disbursement To Creditor/Principal | 248.43 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 04/17/2025 | 17259163 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 05/22/2025 | 17259952 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 06/13/2025 | 17260729 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 07/18/2025 | 17261499 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 08/22/2025 | 17262382 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 09/19/2025 | 17263231 | Disbursement To Creditor/Principal | 257.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 10/24/2025 | 17264111 | Disbursement To Creditor/Principal | 251.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 11/21/2025 | 17264923 | Disbursement To Creditor/Principal | 251.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 12/17/2025 | 17265666 | Disbursement To Creditor/Principal | 251.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 01/16/2026 | 17266450 | Disbursement To Creditor/Principal | 251.98 |
| 1 | NATIONSTAR MORTGAGE LL( | Pre-Petition Arrears | 02/20/2026 | 17267297 | Disbursement To Creditor/Principal | 205.61 |

|  |  |
|---|---|
| Total for Claim Number 1: | 16,878.84 |
| **Total for Part 3 - b (Prepetition Arrears):** | **16,878.84** |