B283 (Form 283) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT Of PENNSYLVANIA

IN RE                                           :           CHAPTER 13

   GABRIELA JAKELINE VELAZCO          :

              Debtor                            :           No. 19-10688 amc

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS
AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   __**XX**____          I owed no domestic support obligation when I filed my bankruptcy petition, and
I have not been required to pay any such obligation since then.

   _____          I am or have been required to pay a domestic support obligation.  I have paid
all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts
that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

   My current address:  _____.

   My current employer and my employer's address:  _____.

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(h), I certify that:

   __XX__          I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in
the aggregate.

   _____ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1)
that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial
plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV.  Debtor's Signature*

              I certify under penalty of perjury that the information provided in these

*Amounts are subject to adjustment on 4/01/2016, and every 3 years thereafter with respect to cases
commenced on or after the date of adjustment.

Certifications is true and correct to the best of my knowledge and belief.


Executed on: February 23, 2026          /s/ Gabreila Jakeline Velazco

                                        Gabriela Jakeline Velazco, Debtor