Certificate Number: 15111-PAE-DE-040664425

Bankruptcy Case Number: 19-10688



15111-PAE-DE-040664425

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2026, at 7:02 o'clock AM EST, Gabriela Jakeline Velazco completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 26, 2026              By:     /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:   Executive Director of Education